# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:09 CV 387

| | |
|---|---|
| LORRAINE DONIN, BRUCE DONIN, and WILLIAM MORELL, )<br>)<br>Plaintiffs )<br>)<br>V )<br>)<br>EDWARD J. McALOON and )<br>PAMELA W. McALOON, )<br>)<br>Defendants ) | **ORDER** |

**THIS MATTER** is before the court on David Wijewickrama's Application for Admission to Practice *Pro Hac Vice* of John F. Beasley, Jr. It appearing that John F. Beasley, Jr. is a member in good standing with the Georgia Bar and will be appearing with David Wijewickrama, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that David Wijewickrama's Application for Admission to Practice *Pro Hac Vice* (#5) of John F. Beasley, Jr. is **GRANTED**, and that John F. Beasley, Jr. is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with David Wijewickrama.

Signed: October 22, 2009

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge